UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| In Re: Application for Search Warrant ) | | No. 2:15-mj-91 |
| A residence located at 34 University Lane, ) | | |
| Apartment 108, Colchester, Vermont ) | | |

**ORDER**

This matter having been presented to the Court by the United States of America, and the Court having considered said motion and with good cause shown, it is hereby

ORDERED, that the Search Warrant, Search Warrant Affidavit, and Search Warrant Application filed on June 17, 2015 in the above-captioned matter are hereby unsealed.

Dated at Burlington, in the District of Vermont, this 27th day of July, 2015.

/s/ John M. Conroy
JOHN M. CONROY
United States Magistrate Judge